

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-MJ-1146

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| MARCO ANTONIO ESQUIVEL-GARDUNO | ) | |

Upon motion of the United States it is hereby ORDERED that Docket Number  13  and its accompanying order be sealed until such time as requested to be unsealed by the United States Attorney and the court orders such materials unsealed.

This the 3rd day of March, 2011

Robert Jones
UNITED STATES MAGISTRATE JUDGE